159 A.3d 369

IN THE MATTER OF CHRISTOPHER R. WELGOS, AN ATTORNEY AT LAW (ATTORNEY NO. 009261998)

MAY 3, 2017

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 16–095, concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f) (default by respondent), that **CHRISTOPHER R. WELGOS** of **ENGELWOOD CLIFFS**, who was admitted to the bar of this State in 1998, should be reprimanded for violating *RPC* 5.5(a)(1) (unauthorized practice of law), *RPC* 8.1(b) and *Rule* 1:20–3(g), (failure to cooperate disciplinary authorities), and *RPC* 8.4(d)(conduct prejudicial to the administration of justice), and good cause appearing;

It is ORDERED that **CHRISTOPHER R. WELGOS** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.